IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01645-LTB-KLM

KEITH RABIN,

     Plaintiff,

v.

FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY,

     Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Plaintiff's **Motion to for Protective Order** [Docket No. 19; Filed April 24, 2011] (the "Motion"). The Motion does not comply with the Court's procedures for resolving discovery disputes. Specifically, the Order Setting Scheduling/Planning Conference provides as follows:

> No opposed discovery motions are to be filed with the Court until the parties comply with D.C.COLO.LCivR 7.1A. If the parties are unable to reach agreement on a discovery issue after conferring, they shall arrange a conference call with Magistrate Judge Mix to attempt to resolve the issue. **Both of these steps must be completed before any contested discovery motions are filed with the Court**.

*Order* [#9] at 2 (emphasis added); *see also Scheduling Order* [#12] at 7.

     Plaintiff has not arranged a conference call to attempt to resolve the instant discovery dispute. Accordingly,

     IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**.

     IT IS FURTHER **ORDERED** that neither party shall file a contested discovery motion until after (1) conferring with the other party pursuant to D.C.COLO.LCivR 7.1A., and (2) contacting the Court to resolve the dispute. Unless a party receives leave from the Court to file an opposed discovery motion, any such motion will be denied. To conduct a hearing regarding a discovery dispute, the parties shall initiate a conference call and then, once all parties are on the line, dial the Court at **303-335-2770**.

     Dated: April 25, 2011