IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01645-LTB-KLM

KEITH RABIN,

     Plaintiff,

v.

FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY,

     Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion to Amend Scheduling Order** [Docket No. 23; Filed May 19, 2011] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order entered on January 20, 2011 [Docket No. 12] is modified to extend the following case deadlines.

- Affirmative Expert Disclosures — **September 15, 2011**
- Rebuttal Expert Disclosures — **October 17, 2011**
- Discovery Deadline — **December 16, 2011**
- Dispositive Motions Deadline — **January 16, 2012**

Dated:  May 20, 2011