IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01645-LTB-KLM

KEITH RABIN,

    Plaintiff,

v.

FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on the parties' **Stipulated Protective Order**, designated as a motion by the Clerk's Office [Docket No. 38; filed September 2, 2011].

IT IS HEREBY **ORDERED** that the motion is **GRANTED**. The Stipulated Protective Order is accepted with interlineations and entered contemporaneously with this minute order.

Dated: September 7, 2011