IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01645-LTB-KLM

KEITH RABIN,

    Plaintiff,

v.

FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Unopposed Motion to Amend Scheduling Order** [Docket No. 45; Filed September 9, 2011] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order entered on January 20, 2011 [Docket No. 12] and modified on May 20, 2011 [Docket No. 25], is further modified to extend the following case deadlines.

- Affirmative Expert Disclosures     **October 3, 2011**
- Rebuttal Expert Disclosures     **November 3, 2011**

All other dates and deadlines remain the same.

Dated: September 13, 2011