IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01645-LTB-KLM

KEITH RABIN,

    Plaintiff,

v.

FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant's **Unopposed Motion to Amend Scheduling Order** [Docket No. 52; Filed September 27, 2011] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED IN PART and DENIED IN PART**. In consideration of the trial settings before the District Court, the Scheduling Order entered on January 20, 2011 [Docket No. 12] and modified on May 20, 2011 [Docket No. 25] and September 13, 2011 [Docket No. 47], is further modified to extend the following case deadlines.

- Affirmative Expert Disclosures — **November 15, 2011**
- Rebuttal Expert Disclosures — **December 15, 2011**
- Discovery Deadline — **January 31, 2012**
- Dispositive Motions Deadline — **February 15, 2012**

**The Court will likely decline to grant any further request for an extension of time, absent exceptional cause and the rescheduling of the trial settings by the District Court.**

Dated:  September 29, 2011