**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  10-cv-01645-LTB-KLM

KEITH RABIN,

       Plaintiff,

v.

FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY,

       Defendant.

_____

**ORDER**
_____

      This case is before me on the Recommendation of the Magistrate Judge that Defendant's Motion to Amend the Scheduling Order and for Leave to Assert Counterclaim Against Plaintiff (Doc 29) be denied.  The Defendant has filed its voluminous and specific objections to the Recommendation of the Magistrate Judge (Doc 48, 51).  Pursuant to my Minute Order and subject to certain extensions of time (Doc 49), Plaintiff has now filed his brief in support of the Recommendation (Doc 59).

      I have reviewed the Recommendation *de novo* in light of the parties filings, the file and record in this case.  On *de novo* review I conclude that the Recommendation is correct. Accordingly

      IT IS ORDERED that Defendant's Motion to Amend the Scheduling Order and for Leave to Assert Counterclaim Against Plaintiff (Doc 29) is DENIED.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:   October 12, 2011