**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 10-cv-01645-LTB-KLM

KEITH RABIN,

    Plaintiff,

v.

FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY,

    Defendant.

___

**ORDER**
___

In this contentious litigation the Plaintiff appeals the Order of the Magistrate Judge limiting time for a deposition of non-party Jim Simpson. Plaintiff frames the issue as though the Magistrate Judge limited his time for deposition to 2-1/2 hours (Doc 91). But review of the Defendant's response (Doc 100) and Plaintiff's reply (Doc 120) and attachments to it clarify that on Mr. Simpson's continued deposition, he was deposed for a total of 9 hours with each party allotted 4-1/2 hours to question this witness.

Despite Plaintiff's contention that my review is *de novo* pursuant to Fed. R. Civ. P. 72(b), it is clear that the Magistrate Judge's ruling was not dispositive in any way and review is pursuant to Fed. R. Civ. P. 72(a) as to whether it is clearly erroneous or contrary to law. Appropriate review pursuant to the latter standard leads me to conclude that in the circumstances, the Magistrate Judge's ruling was clearly within her discretion and neither clearly erroneous nor contrary to law.

This ruling is unremarkable in a truly remarkably contentious case. What is even more remarkable is that Mr. Simpson, the non-party deponent, has now through counsel filed his Motion for Limited Intervention (Doc 118) seeking to weigh in in support of the Magistrate Judge's ruling. But given my conclusion that the Magistrate Judge's ruling was neither clearly erroneous nor contrary to law, this Motion is unnecessary.

Being duly advised

IT IS ORDERED that the Magistrate Judge's ruling is affirmed and Plaintiff's objection is denied.

IT IS FURTHER ORDERED that the Motion by Jim Simpson (Doc 118) for Limited Intervention is denied as moot.

BY THE COURT:

s/Lewis T. Babcock  
Lewis T. Babcock, Judge

DATED:   March 28, 2012