IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 10-cv-01645-LTB-KLM

KEITH RABIN,

       Plaintiff,

v.

FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY,

       Defendant.

___

ORDER
___

In the Plaintiff's "Unopposed Motion for Extension of Time to File Plaintiff's Motions in Limine" (Doc 140), it is stated that the parties have reached a resolution of the claims in this case. Accordingly

IT IS ORDERED that the final trial preparation conference scheduled Friday, June 22, 2012, at 9:00 a.m., is converted to a status and further scheduling hearing.

                              BY THE COURT:


                              s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED: June 19, 2012