IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  10-cv-01645-LTB-KLM

KEITH RABIN,

       Plaintiff,

v.

FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY,

       Defendant.

___

ORDER
___

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 149 - filed June 29, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                       BY THE COURT:

                         s/Lewis T. Babcock
                       Lewis T. Babcock, Judge

DATED: July 5, 2012